# EXHIBIT NO. 2

# GOVERNMENT'S FEBRUARY 6, 2012 404(b) LETTER



**U.S. Department of Justice**

Civil Rights Division

Criminal Section - PHB
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-4044

February 6, 2012

Mr. Robert Bonsib, Esq.
6411 Ivy Lane, Suite 116
Greenbelt, MD 20770
robertbonsib@marcusbonsib.com

Mr. Andrew Alpert, Esq.
16901 Melford Blvd. Suite 325
Bowie, MD 20715
adalpert@comcast.net

Dear Mr. Bonsib and Mr. Alpert,

At this time, the government hereby serves notice of its intent to offer any and all evidence recovered in the search of 6203 Richmanor Terrace, Upper Marlboro, MD 20772, and other evidence, pursuant to Fed. R. Evid. 404(b).

This includes, but is not limited to, evidence of: 1) the efforts and actions of Gloria Edwards regarding bringing women, specifically, "Bella," Marietta Mendoza, Elenita Olney Gonzalez, and Ellen Cantuba, to the United States and the knowledge and participation of Alfred Edwards thereof; 2) the efforts and actions of Gloria Edwards and Alfred Edwards, Jr., in procuring benefits, including food stamps and other government benefits for T.E.; and, 3) the efforts and actions of Gloria Edwards and Alfred Edwards, Jr., in obtaining and appropriating for themselves benefits of D.E., including social security death benefits and insurance death benefits.

It is the government's position that much of the noticed evidence is intrinsic to the offense and does not constitute prior bad act evidence; therefore, it is admissible without respect to Fed. R. Evid. 404(b). Out of an abundance of caution, however, the government is serving Rule 404(b) notice of its intention to use such evidence at trial. Thank you and please feel free to call myself or AUSA Jonathon Lenzner with any questions or concerns.

Sincerely,

Ms. Cindy Chung
Trial Attorney
U.S. Department of Justice, Civil Rights
Division, Criminal Section